# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JAVIER CALDERON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 20-cv-02092-RBB<br><br>**ORDER GRANTING JOINT MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920**<br><br>**[ECF NO. 19]** |

Based upon the parties' Joint Motion for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Costs Pursuant to 29 U.S.C. § 1920 [ECF No. 19], **IT IS ORDERED** that fees and expenses in the amount of $3,900.00 as authorized by

/ / /

/ / /

/ / /

/ / /

1  28 U.S.C. § 2412(d) and costs in the amount of $0.00 as authorized by 28 U.S.C.
2  § 1920 be awarded subject to the terms of the Joint Motion.
3      **IT IS SO ORDERED**.
4  Dated: April 28, 2022

Hon. Ruben B. Brooks
United States Magistrate Judge